IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Adell Burrell,<br><br>　　　　Defendant. | No. CR-13-00193-01-YGR<br><br>**ORDER FOR VOLUNTARY SURRENDER** |

Defendant is ORDERED to report to the United States Marshal's Office, Room 150C, 1301 Clay Street, Oakland by 9:00am on Thursday, June 13, 2013 for voluntary surrender.

**IT IS SO ORDERED.**

Dated: June 12, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE