| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>Acting United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | FRANK J. RIEBLI (CABN 221152)<br>Assistant United States Attorney |
| 5 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 6 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724 |
| 7 | Frank.Riebli@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR 13-193 YGR |
| Plaintiff, | ) ) | |
| v. | ) ) | JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE AND |
| ADELL BURRELL, | ) ) | **ORDER** CONTINUING STATUS CONFERENCE |
| Defendant. | ) ) ) | |

On December 10, 2015, the government appeared for a status report on the pending Form 12 allegation against the Defendant and informed the Court that the defendant was in custody on a new case in Colorado.  The charges in the new case are also the basis for the Form 12 before this Court.  The Court continued the matter to February 4, 2016, and directed the parties to file a status report in advance of that hearing advising the Court of the status of the Defendant's case in Colorado.  Government counsel contacted the United States Attorney's Office in the District of Colorado and spoke to the Assistant United States Attorney handling the Defendant's case.  According to that AUSA, the Defendant's trial is scheduled to begin April 25, 2016 and is expected to last about one week.  The Defendant will remain in custody there through trial.  For these reasons, the parties propose continuing the matter until May 12, 2016 at 2:00 p.m. for a further status conference.  That should provide

JOINT STATUS REPORT
CR 13-193 YGR

1  sufficient time for the case in Colorado to resolve.  The resolution of the Colorado case may impact the
2  disposition of the Form 12 here.

3  DATED: February 1, 2016                          Respectfully submitted,

4                                                                     BRIAN J. STRETCH
                                                                          Acting United States Attorney
5
                                                                                   /s/
6                                                                     FRANK J. RIEBLI
                                                                          Assistant United States Attorney
7

8

9                                                                       /s/  Frank Riebli w/ permission
                                                                          SHAFFY MOEEL
10                                                                    Attorney for Adell Burrell

11

12

13       For the reasons stated above, the Court hereby continues the status conference in this matter from
14  February 4, 2016 to May 12, 2016 at 2:00 p.m.
15  IT IS SO ORDERED.
16  Dated:  February 1, 2016

17                                                                   _____
                                                                          HON. YVONNE GONZALEZ ROGERS
18                                                                    United States District Judge

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT
CR 13-193 YGR